UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 10-cr-00455-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. GEORGE JOHN SCHULTE, aka JOHN SCHULTE,**
2. OBINNA ADIGHIJE, aka LARRY ADIGHIJE,
3. TRUNG PHAM, and
4. HERNAN RICAURTE,

    Defendants.

## ORDER

THIS MATTER comes before me on Defendant John Schulte's Motion to Reconsider [ECF No. 190], filed November 23, 2011. For the reasons stated by me on the record during the December 15, 2011 Motions Hearing, I find no merit in the defendant's motion. Accordingly, it is

ORDERED that Defendant John Schulte's Motion to Reconsider [ECF No. 190], filed November 23, 2011, is **DENIED.** It is

FURTHER ORDERED that pursuant to my Order filed September 28, 2011 [ECF No. 176], Defendant John Schulte and Trung Pham's joint trial remains **SET** to commence on **Monday, February 6, 2012 at 9:00 a.m.** and should last not more than 4 weeks. Defendant Adighije will then independently proceed to trial following Defendants Schulte and Pham at a date to be determined. It is

FURTHER ORDERED that the parties shall submit a joint proposed jury questionnaire to the Court no later than **Tuesday, January 3, 2012**. The jury questionnaire will be finalized at the Trial Preparation Conference on **Wednesday, January 11, 2012.**

    Dated: December 16, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge