UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 10-cr-00455-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. GEORGE JOHN SCHULTE, aka JOHN SCHULTE,**
2. OBINNA ADIGHIJE, aka LARRY ADIGHIJE,
3. TRUNG PHAM, and
4. HERNAN RICAURTE,

    Defendants.

---

## ORDER

---

THIS MATTER came before the Court during a trial preparation conference I held on January 24, 2012. At issue is Defendants' oral request for two additional peremptory strikes to be shared by the parties during voir dire pursuant to Fed. R. Crim. P. 24(b). In response, the Government asked for one additional peremptory strike. Under Fed. R. Crim. P. 24, in a felony case other than a capital case, the Government is entitled to six peremptory challenges and the defendant or defendants jointly have 10 peremptory challenges. However, Rule 24 also states, "the court may allow additional peremptory challenges to multiple defendants and may allow the defendants to exercise those challenges separately or jointly."

For the reasons stated on the record at the trial preparation conference and upon my review of the file, it is

ORDERED that the Defendants shall be awarded two additional peremptory

strikes for a total of twelve peremptory strikes during voir dire.   It is

FURTHER ORDERED that the Government shall have the mandatory six peremptory strikes, as required by Rule 24(b).   I decline to award an additional peremptory strike to the Government.

Dated: January 24, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge